PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
ANNETTE AMY SALSMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANNETTE AMY SALSMAN,<br><br>                Plaintiff,<br>v.<br><br>ANDREW SAUL[1],<br>Acting Commissioner Social Security<br><br>                Defendant. | Case No.: 2:18-CV-08369-KK<br><br>[proposed] ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge: Honorable Kenly Kiya Kato |

Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of SIX THOUSAND, EIGHT HUNDRED DOLLARS and ZERO CENTS ($6,800.00), pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: November 19, 2019

_____
KENLY KIYA KATO
United States Magistrate Judge

---

[1] Andrew M. Saul became Commissioner of Social Security on June 17, 2019. Pursuant to FRCP Rule 25(d), Andrew M. Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).